**Order entered December 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00558-CR
No. 05-16-00559-CR
No. 05-16-00604-CR
No. 05-16-00605-CR
No. 05-16-00606-CR

**JOHN WARD HUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F15-00097-U, F15-00113-U, F10-011239-U, F10-01240-U,
F10-01241-U**

## ORDER

Before the Court is appellant's December 5, 2016 second motion to extend time to file a

brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 4, 2017.

/s/    LANA MYERS
       JUSTICE